United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTUR HAKOPYAN,
Plaintiff,

v.

MERCEDES-BENZ USA LLC,
Defendant.

Case No. 25-cv-05013-ASK

**DISMISSAL UPON SETTLEMENT**

This case has settled. Dkt. 22. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file. This Order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: October 1, 2026

AJAY KRISHNAN
United States Magistrate Judge